# UNITED STATES BANKRUPTCY COURT

DISTRICT OF DISTRICT OF COLUMBIA

In re:  BERNARD EDWARD NUBY                                    Case No.:  09-00358

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Cynthia A. Niklas, Esq, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  04/30/2009.
2) The plan was confirmed on  07/16/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  12/08/2014.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  07/17/2015.
5) The case was converted on  06/09/2015.
6) Number of months from filing or conversion to last payment:  74.
7) Number of months case was pending:  75.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  4,050.55.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $63,264.65 | |
| Less amount refunded to debtor: | $658.14 | |
| **NET RECEIPTS:** | | $62,606.51 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $6,326.29 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $6,326.29 |

Attorney fees paid and disclosed by debtor:        $2,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHARLES COUNTY DEPT/SOCIAL SERV | Priority | NA | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO | Secured | 11,760.55 | 12,474.89 | .00 | .00 | .00 |
| DC TREASURER | Priority | 548.48 | 5,772.43 | 5,772.43 | 5,772.43 | 236.83 |
| DC TREASURER | Unsecured | NA | 550.00 | 550.00 | 379.07 | 144.62 |
| EAST BAY FUNDING | Unsecured | 16,094.56 | 11,162.55 | 11,162.55 | 8,931.28 | 2,843.28 |
| ECAST SETTLEMENT | Unsecured | NA | 4,787.51 | 4,787.51 | 3,829.06 | 1,227.57 |
| NASA FCU | Unsecured | 7,588.76 | 7,749.22 | 7,749.22 | 6,199.70 | 1,975.30 |
| PORTFOLIO RECOVERY | Unsecured | NA | 16,682.98 | 16,682.98 | 13,347.64 | 4,249.00 |
| ROOMSTORE | Secured | 1,500.00 | NA | NA | .00 | .00 |
| ROOMSTORE | Unsecured | 3,291.74 | NA | NA | .00 | .00 |
| US TREASURY | Priority | 5,599.63 | 6,496.49 | 6,496.49 | 6,496.49 | 236.88 |

                                                    UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF DISTRICT OF COLUMBIA

In re:  BERNARD EDWARD NUBY                                    Case No.:  09-00358

             Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US TREASURY | Unsecured | NA | 413.78 | 413.78 | 299.37 | 111.70 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 12,268.92 | 12,268.92 | 473.71 |
| **TOTAL PRIORITY:** | 12,268.92 | 12,268.92 | 473.71 |
| **GENERAL UNSECURED PAYMENTS:** | 41,346.04 | 32,986.12 | 10,551.47 |

| **Disbursements:** | |
|---|---|
| Expenses of Administration: | $6,326.29 |
| Disbursements to Creditors: | $56,280.22 |
| **TOTAL DISBURSEMENTS:** | $62,606.51 |

---

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:   07/07/2015                        By:   /s/Cynthia A. Niklas, Esq
                                                          Trustee

     STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

---

UST Form 101-13-FR-S (9/1/2009)